IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE K. HAMMA,<br><br>     Plaintiff,<br><br>     v.<br><br>INTEL CORPORATION; INTEL CORPORATION LONG TERM DISABILITY BENEFIT PLAN; INTEL DISABILITY APPEALS COMMITTEE; MATRIX ABSENCE MANAGEMENT, INC.,<br><br>     Defendants. | 2:07-cv-01795-GEB-CMK<br><br>AMENDMENTS TO SCHEDULING ORDER |

On September 19, 2008, Plaintiff's counsel filed an ex parte request to continue the law and motion last hearing date deadline prescribed in the Scheduling Order issued November 21, 2007 (the "Order"). Plaintiff's counsel states the Defendants oppose the request and will explain the reason for their opposition later today. However, the last law and motion hearing date can be changed if the final pretrial conference date is also changed.

Therefore, the Order will be modified as follows:[1]

---

[1] This modification to the Order reduces the amount of time
(continued...)

1

1.   The last hearing date for motions shall be January 12, 2009, at 9:00 a.m.;

2.   The final pretrial conference is set for March 16, 2009, at 2:30 p.m.

The parties shall file a <u>JOINT</u> pretrial statement no later than seven (7) calendar days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated:  September 19, 2008

                                             _____
                                             GARLAND E. BURRELL, JR.
                                             United States District Judge

---

[1](...continued)
between the trial commencement date and the final pretrial conference. Because of this reduction, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.

2