UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE K. HAMMA, | CASE NO. 2:07-CV-01795-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| INTEL CORPORATION; INTEL CORPORATION LONG TERM; DISABILITY BENEFIT PLAN; INTEL DISABILITY APPEALS COMMITTEE; MATRIX ABSENCE MANAGEMENT, INC., | |
| Defendants. | |

Upon stipulation of the parties, the October 20, 2008 hearing on Defendants' Motion for Summary Judgment (Docket Nos. 43-55) is vacated and rescheduled to commence at 9:00 a.m. on January 12, 2009, to coincide with the time and date for hearing Plaintiff's Cross Motion for Summary Judgment if such a cross motion is filed.

Dated: October 1, 2008

GARLAND E. BURRELL, JR.
United States District Judge